# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:09-CV-92-RLV-DSC

MATT JENKINS,

          Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

          Defendant.

**ORDER**

**THIS CAUSE** is before the Court upon Motion of the Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, for an order granting Defendant's Motion for Order for Alternative Dispute Resolution, pursuant to Rule 16.2 of the Rules of Practice and Procedure in the United States District Court for the Western District of North Carolina.

**AND IT APPEARING** to the Court that good cause has been shown and that the Motion should be allowed;

**IT IS, THEREFORE ORDERED** that Defendant's Motion for Order for Alternative Dispute Resolution is granted. The parties must participate in mediation on or before June 30, 2011.

**SO ORDERED**.

Signed: May 10, 2011

David S. Cayer
United States Magistrate Judge